**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bertrand Levon CURTIS, a/k/a X, Defendant–Appellant.**

No. 01–6233.

United States Court of Appeals, Fourth Circuit.

Submitted March 13, 2001.

Decided April 23, 2001.

Bertrand Levon Curtis, pro se. Lynne Ann Battaglia, Christine Manuelian, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Bertrand Leon Curtis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). Assuming Curtis' claim is not procedurally defaulted, a matter not addressed by the district court and one we

do not decide, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See United States v. Curtis,* No. CA–01–127–CCB (D.Md. Jan. 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*